UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
JAMES H. DEVLIN,

                Plaintiff,

-against-

GARY STEINBERG, *et al.*,

                Defendants.
----------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

CV-07-1902
(LDW)(AKT)

    IT IS HEREBY STIPULATED by and between the attorneys for all parties herein, pursuant to Fed.R.Civ.P. 41, that this case shall be dismissed with prejudice and without costs or attorneys' fees to any party, and that the Court may enter an Order dismissing this case and the within claims with prejudice without further notice.

Dated: Uniondale, New York
       November 21st, 2008

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: _____
    Susan Rosenthal, Esq.
    *Attorneys for Plaintiff*
    30 Rockefeller Plaza
    24th Floor
    New York, New York 10112
    (212) 332-3800

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
    Mark S. Mulholland, Esq.
    *Attorney for Defendants*
    1425 RexCorp Plaza
    East Tower, 15th Floor
    Uniondale, New York 11556
    (516) 663-6600

SO ORDERED:

_____
    U.S.D.J.